USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/5/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   NADINE CORRADO,

                                   Plaintiff,

          -against-                                    **19-cv-5614 (ALC)**

   CUSHMAN & WAKEFIELD, INC.,                **ORDER**

                                Defendant.
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

     The Court is in receipt of the Settlement Agreement filed by the Parties on September 25, 2020. ECF No. 39. The Court has reviewed the Settlement Agreement as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court finds it to be fair and reasonable and approves the Settlement. Accordingly, this matter is hereby discontinued with prejudice and without costs or fees as to any party.

**SO ORDERED.**

**Dated: October 5, 2020**
       New York, New York                      _____
                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**